THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER BAVINGTON and ISABEL LEON, <br><br> Plaintiffs, <br> v. <br><br> METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, <br><br> Defendant. | CASE NO. C20-0533-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for relief from the initial disclosures deadline (Dkt. No. 10). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion and EXTENDS the initial disclosures deadline from June 4, 2020 to June 10, 2020.

DATED this 5th day of June 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C20-0533-JCC
PAGE - 1